**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 07-cv-00712-EWN-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: June 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JACQUELYN MICHELLE HANSEN,                Jacquelyn M. Hansen, pro se

    **Plaintiff,**

v.

J.C. PENNEY,                Billy-George Hertzke

    **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      9:26 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

**ORDERED:**   **Defendant's Motion to Strike [filed April 11, 2007; doc. 9] is granted for the reasons stated on the record. Paragraphs 4 and 5 of Plaintiff's Complaint are hereby stricken.**

**ORDERED:**   **The caption shall be amended as set forth in these Courtroom Minutes/Minute Order to reflect the proper spelling of defendant's name.**

Parties have held a Rule 26(f) meeting.

Plaintiff shall make her Rule 26(a)(1) disclosures by June 22, 2007.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **July 12, 2007.**

Discovery Cut-off: **October 5, 2007.**

Dispositive Motions deadline: **October 19, 2007.**

Parties shall designate affirmative experts **on or before August 15, 2007.**

Parties shall designate rebuttal experts **on or before September 14, 2007.**

Each party shall be limited to **three (3)** expert witnesses, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than September 1, 2007**.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE**  is set for **August 9, 2007 at 10:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

**PRELIMINARY PRETRIAL CONFERENCE**  is set for **August 28, 2007 at 10:00 a.m.**
Preliminary Pretrial Order is due **no later than FIVE DAYS before the Preliminary Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)

!	Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:	10:28 a.m.**
Total time in court:	01:02