**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00712-EWN-CBS

JACQUELYN MICHELLE HANSEN,

     Plaintiff,

v.

J.C. PENNEY,

     Defendant.

_____

## ORDER
_____

**THE COURT** having reviewed the Stipulated Motion for Dismissal With Prejudice, the file, and being otherwise advised in the premises,

**HEREBY ORDERS** that Plaintiff's Complaint is dismissed with prejudice, and the parties are to bear their own costs, expenses, and attorneys' fees.

**ENTERED** this 30th day of August, 2007.

                        **BY THE COURT:**

                        s/ Edward W. Nottingham
                        Chief United States District Judge